IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MAURICE WILLIAMSON**                                                    **PLAINTIFF**

**VS.**                            **4:22-CV-001018-BRW**

**MARY CATHRINE SINAL WILLIAMSON**
**WILLIAMSO/WILLIAMS**                                        **DEFENDANT**

**ORDER**

Plaintiff Maurice Williamson ("Plaintiff"), incarcerated in the Pulaski County Detention Facility, filed this case *pro se*.[1] On October 25, 2022, I directed Plaintiff to pay the $402 filing fee or file a complete motion to proceed *in forma pauperis* ("IFP") within 30 days, or by Thursday, November 24, 2022.[2] I advised Plaintiff that failure to do one or the other would result in the dismissal of his case.[3] Plaintiff has failed to pay the filing fee or file a complete motion to proceed IFP, and he has not otherwise responded to my October 25, 2022 Order. Accordingly, Plaintiff's complaint is DISMISSED without prejudice.[4]

IT IS SO ORDERED this 5th day of December, 2022.

                                                 Billy Roy Wilson
                                                 UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff was notified of Local Rule 5.5(c)(2). (Doc. No. 2.) Rule 5.5(c)(2) reads:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

[2] Order, Doc. No. 2.

[3] *Id.*

[4] Local Rule 5.5(c)(2).