IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MAURICE WILLIAMSON                                                                          PLAINTIFF

VS.                                          4:22-CV-001018-BRW

MARY CATHRINE SINAL WILLIAMSON
WILLIAMSO/WILLIAMS                                                                      DEFENDANT

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 5th day of December, 2022.

                                          Billy Roy Wilson
                                          UNITED STATES DISTRICT JUDGE